## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| In re: VICTOR MANUEL RIBAS, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:24-cv-00632 |
| ) | |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| MEGAN BESLER, ) | |
| ) | |
| Defendant. ) | |

## NOTICE TO PLAINTIFF OF REMOVAL

Marshall R. Hoekel
mhoekel@gmail.com
5 Plant Ave., Ste 2
Webster Groves, MO 63119
(314) 961-6917 – Office
(314) 961-6965 – Facsimile
(314) 560-7301 – Cellphone

PLEASE TAKE NOTICE that Defendant Megan Besler has filed in the United States District Court, Eastern District, Eastern Division, a Notice of Removal of *Ribas v. Besler*, Case No. 2422-CC00585, pending in the Circuit Court of St. Louis City, Missouri. Pursuant to such Notice of Removal, this action has been removed to the United States District Court, Eastern District of Missouri, Eastern Division.

Dated: May 6, 2024                              Respectfully submitted,

                                                              KEANE LAW LLC

By:   */s/ Ryan A. Keane*
       Ryan A. Keane, #62112MO
       Tanner A. Kirksey, #72882MO
       7711 Bonhomme Ave, Suite 600
       St. Louis, MO 63105
       Phone: (314) 391-4700

Fax: (314) 244-3778
ryan@keanelawllc.com
tanner@keanelawllc.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 6, 2024, a true and correct copy of the foregoing was served by filing it in the court's electronic filing system, which will provide electronic notice and a copy of the filing to all parties and attorneys of record.

The foregoing was also served upon Plaintiff's counsel by email at mhoekel@gmail.com.

*/s/ Ryan A. Keane*