MOED-0001         DISCLOSURE STATEMENT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

VICTOR MANUEL RIBAS                )
                                   )
                                   )
Plaintiff(s),                      )
                                   )
                                   )
vs.                                )  Case No.
MEGAN BESLER                       )
                                   )
                                   )
                                   )
Defendant(s).                      )

**DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for DEF. MEGAN BESLER hereby discloses the following:

1. If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

a. Whether it is publicly traded, and if it is, on which exchange(s):
N/A

b. Its parent companies or corporations (if none, state "none"):
N/A

c. Its subsidiaries not wholly owned by the subject (if none, state "none"):
N/A

d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):
N/A

2. If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:
VICTOR RIBAS: ST. LOUIS CITY, STATE OF MISSOURI.
MEGAN BESLER: CEDAR RAPIDS, LINN COUNTY, IOWA.

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

MOED-0001              DISCLOSURE STATEMENT

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

_____
Signature (Counsel for Plaintiff/Defendant)
Print Name: RYAN A. KEANE
Address: 7711 BONHOMME AVE, STE. 600
City/State/Zip: ST. LOUIS, MO 63105
Phone: 314-391-4700

Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on: MAY 6 , 20 24 .

_____
Signature