**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: VICTOR MANUEL RIBAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-cv-00632 |
| | ) | |
| MEGAN BESLER, | ) | |
| | ) | |
| Defendant. | ) | |

**PROOF OF FILING OF**
**<u>NOTICE OF REMOVAL WITH STATE COURT</u>**

COMES NOW Defendant Megan Besler (hereinafter "Defendant" or "Besler"), by and through her undersigned counsel, and pursuant to E.D. Mo. Local Rule 2.03(3) hereby files the Notice to State Court of Filing of Notice of Removal previously filed with the Circuit Court of St. Louis City, Missouri. A true and correct copy of the Notice is attached hereto, showing proof of filing of the notice with the Clerk of the State Court and proof of service on all adverse parties.

Dated: May 9, 2024                                        Respectfully submitted,

                                                                             KEANE LAW LLC

                                               By:    */s/ Tanner A. Kirksey*
                                                         Ryan A. Keane, #62112MO
                                                         Tanner A. Kirksey, #72882MO
                                                         7711 Bonhomme Ave, Suite 600
                                                         St. Louis, MO 63105
                                                         Phone: (314) 391-4700
                                                         Fax: (314) 244-3778
                                                         ryan@keanelawllc.com
                                                         tanner@keanelawllc.com

                                                         *Attorneys for Defendant*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 9, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

                                /s/ *Tanner A. Kirksey*