UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| VICTOR MANUEL RIBAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-cv-00632-SPM |
| | ) | |
| MEGAN BESLER, | ) | |
| | ) | |
| Defendant. | ) | |

**SECOND MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS**

COMES NOW, Plaintiff, Victor Ribas, by and through his undersigned counsel, pursuant to Rule 6 of the Federal Rules of Civil Procedure, and in support of his Motion for Extension of Time, states as follows:

1. Pursuant to the Federal Rules, Plaintiff's response to Defendant's Motion to Dismiss is now due on or before July 12, 2024.

2. Due to the press of other matters, Plaintiff requests an additional 7 days to submit his Memorandum in Opposition to the Motion up to and including July 19, 2024.

3. No party will be prejudiced by this extension of time.

WHEREFORE Plaintiff requests as extension of time up tp and including to file July 19, 2024 within which to file his Memorandum in Opposition to Defendant's Motion to Dismiss and for such additional relief as is just and proper under the circumstances.

1

**GOLDSON HOEKEL, LLC**
/s/ Marshall R. Hoekel
Marshall R. Hoekel, #40396MO
mhoekel@gmail.com
5 Plant Ave., Ste. 2
Webster Groves, MO 63119
(314) 961-6917 – Office
(314) 961-6965 – Facsimile
(314) 560-7301 – Cell
*Attorneys for Plaintiff*
*Victor Ribas*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all parties of record by operation of this Court's Electronic Filing System on this 11th day of June 2024.

/s/ Marshall R. Hoekel

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VICTOR MANUEL RIBAS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:24-cv-00632-SPM |
| MEGAN BESLER, | ) |
| Defendant. | ) |

## **ORDER**

Plaintiff is hereby GRANTED and extension of time up to and including July 19, 2024 within which to file his response to Defendant's Motion to Dismiss.

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated:_____