# MINUTE SHEET

☑ Rule 16 Conference
☐ Case Status Conference
☐ Other: _____

DATE: July 11, 2024

CASE NUMBER: 4:24-CV-632-SPM

CASE SHORT NAME: Ribas v. Besler

JUDGE: Shirley Padmore Mensah

DEPUTY CLERK: N/A

PARTIES PRESENT: ☑ IN PERSON  ☐ BY TELEPHONE  ☐ BY VIDEO

CONFERENCE HELD IN: ☑ CHAMBERS  ☐ COURTROOM  ☐ OTHER/REMOTE

ORDER TO FOLLOW: ☑

COURT REPORTER PRESENT: ☐ YES  ☑ NO

PROCEEDINGS  COMMENCED: 10:06am   CONCLUDED: 10:51am

Notes/Comments:
The court and counsel discussed scheduling on the matter. Orders to follow.