UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VICTOR MANUEL RIBAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:24-cv-00632-SPM |
| | ) |
| MEGAN BESLER, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM FOR CLERK: DESIGNATION OF NEUTRAL AND ADR CONFERENCE REPORT AND REQUEST FOR EXTENSION FO FILE MEDIATION REPORT**

The parties agreed to designate Jane Cohen as the mediator in this matter, but Ms. Cohen was unable to perform as a mediator in this matter due to the press of other issues. Currently, the parties are considering Melvin Kennedy, Joshua Ruge and James Reeves to perform the mediation in this matter.

Plaintiff therefore requests up to and including Monday, November 18, 2024 within which to designate one of the individuals listed above and to file the Designation of Neutral and ADR Compliance Report pleading with the Court.

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated:_____

**GOLDSON HOEKEL, LLC**
/s/ Marshall R. Hoekel
Marshall R. Hoekel, #40396MO
mhoekel@gmail.com
5 Plant Ave., Ste. 2
Webster Groves, MO 63119
(314) 961-6917 – Office
(314) 961-6965 – Facsimile
(314) 560-7301 – Cell
*Attorneys for Plaintiff*
*Victor Ribas*

### CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all parties of record by operation of this Court's Electronic Filing System on this 11th day of November 2024.

/s/ Marshall R. Hoekel
