UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VICTOR MANUEL RIBAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:24-cv-00632-SPM |
| ) | |
| MEGAN BESLER, ) | |
| ) | |
| Defendant. ) | |

**DESIGNATION OF NEUTRAL AND ADR CONFERENCE REPORT**

Pursuant to the Court's Order Referring the Case to ADR for **Mediation** dated October 1, 2024, the parties hereby designate by agreement the following individual from the Court's list of Certified Neutrals to serve as Neutral in the above styled cause of action.

Neutral Name: Thomas J. Prebil

Firm Address: USA&M, 500 North Broadway, St. Louis, MO 63101

Telephone: 314-231-4642    Fax: 314-231-0137

The Attorneys of Record in this case are:

Lead Counsel: Marshall R. Hoekel

Firm Address: 5 Plant Ave., Ste 2, St. Louis, MO 63119

Telephone: 314-560-7301

Fax: 314-961-6965

Other Counsel: Ryan A. Keane and Tanner Kirksey

Firm Address: 7711 Bonhomme, Ste. 600, St. Louis, MO 63105

1

Telephone: 314-391-4700

Firm Email: tanner@keanelawllc.com

The Completion for this ADR referral is **December 2, 2024**.

The parties in consultation with the assigned neutral, hereby designate by agreement the following date, time and location of the initial ADR conference:

Date: December 11, 2024.

Time of Conference: 1:00pm CST.

Location of Conference: Virtual by Webex Video Conference. Conference Host: USA&M, 500 North Broadway, St. Louis, Missouri 63101

Parties may attend from their remote location of choice.

All parties and the assigned neutral will be given at least 14 days notice of the conference. The neutral shall schedule any additional conferences in consultation with the parties.

We the undersigned parties declare the designation is both consensual and neutral.

November 15, 2024

| | |
|---|---|
| /s/ Marshall R. Hoekel #40396MO | /s/ Tanner Addison Kirksey #72882MO |
| 5 Plant Ave., Ste. 2 | 7711 Bonhomme Ave., Ste. 600 |
| St. Louis, MO 63119 | St. Louis, MO 63105 |
| mhoekel@gmail.com | tanner@keanelawllc.com |
| Attorney for Plaintiff | Attorney for Defendant |

**GOLDSON HOEKEL, LLC**
/s/ Marshall R. Hoekel
Marshall R. Hoekel, #40396MO
mhoekel@gmail.com
5 Plant Ave., Ste. 2
Webster Groves, MO 63119
(314) 961-6917 – Office
(314) 961-6965 – Facsimile
(314) 560-7301 – Cell
*Attorneys for Plaintiff*
*Victor Ribas*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all parties of record by operation of this Court's Electronic Filing System on this 16th day of November 2024.

/s/ Marshall R. Hoekel
