UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VICTOR MANUEL RIBAS, | ) |
|     Plaintiff(s), | ) |
| v. | ) No. 4:24-CV-00632-SPM |
| MEGAN BESLER, | ) |
|     Defendant(s). | ) |

## NOTICE OF APPOINTMENT OF NEUTRAL

Upon selection by parties, pursuant to the procedures outlined in <u>E. D. Mo.  L. R.  6.03</u>, the Clerk of the court hereby notifies

    Name of Neutral/Firm:    <u>PREBIL, THOMAS J.</u>

    Firm Address:    <u>500 North Broadway St. Louis, MO  63101</u>

    Email:    <u>tom@prebil.com</u>

that s/he has been appointed to serve as Neutral in the above-styled action to conduct **mediation**.

This appointment shall remain effective until the Neutral notifies the Court in writing that the referral has been concluded.

The Attorneys of Record in this case are:

    Lead Counsel:    <u>Marshall Ross Hoekel (for pla)</u>
                          <u>MARSHALL R HOEKEL LLC</u>
                          <u>5 Plant Avenue</u>
                          <u>Suite 2</u>
                          <u>Webster Groves, MO  63119</u>
                          <u>Ph: 314-560-7301  FAX: 314-961-6965</u>

    Other Counsel:    <u>Ryan A. Keane (for dft)</u>
                          <u>KEANE LAW LLC</u>
                          <u>7711 Bonhomme Avenue</u>
                          <u>Suite 600</u>
                          <u>St. Louis, MO  63105</u>
                          <u>Ph: 314-391-4700  FAX:</u>

**The completion deadline for this ADR referral is December 2, 2024.  The neutral shall file an ADR Compliance Report within 14 days after the ADR referral is concluded.**

The Neutral is directed to ascertain and to disclose to the parties any grounds that might exist which would require disqualification pursuant to 28 U.S.C. § 455.

<u>November 18, 2024.</u>  　　　　　　　　　　　　<u>*Nathan M. Graves*　　　　　/</u>
Date　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　By:　<u>/s/ Chelsea Hutson　　　/</u>
　　　　　　　　　　　　　　　　　CHELSEA HUTSON
　　　　　　　　　　　　　　　　　Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VICTOR MANUEL RIBAS, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) No. 4:24-CV-00632-SPM |
| | ) |
| MEGAN BESLER, | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office

**Option 1**

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

**Option 2**

☐ An ADR conference was held on: _____.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____.

The ADR referral was concluded on _____.
The parties  [☐ did   ☐ did not]  achieve a settlement. ***Check one***

**Option 3**

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: _____     Neutral: _____

PREBIL, THOMAS J.
Signature

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VICTOR MANUEL RIBAS, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) No. 4:24-CV-00632-SPM |
| | ) |
| MEGAN BESLER, | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

EMAIL ADDRESS FORM FOR PARTIES WHO PARTICIPATED IN AN ALTERNATIVE
DISPUTE RESOLUTION CONFERENCE

**PLEASE DO NOT FILE THIS FORM THROUGH CM/ECF**

**YOU MAY EITHER:**

**1) SEND THE EMAIL ADDRESSES IN AN EMAIL DIRECTLY TO; OR**

**2) EMAIL THIS FORM TO:**

Betty Ann Skrien, Executive Assistant at:

**Betty_Ann_Skrien@moed.uscourts.gov**

Please provide the email addresses of **all counsel and parties** participating in the ADR conference.  The participants will be sent an email with a link to a brief (5 minute), anonymous survey. A participant is defined as a plaintiff, defendant, insurance representative, in-house counsel, corporate representative, or attorney of record.

Name (printed):                                                    Email address:

_____           _____

_____           _____

_____           _____

_____           _____

_____           _____

_____           _____

_____           _____

_____           _____

Date_____ Neutral_____