UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VICTOR MANUEL RIBAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:24-cv-00632-SPM |
| | ) |
| MEGAN BESLER, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR EXTENSION OF TIME TO FILE MEDIATOR'S COMPLIANCE REPORT**

COMES NOW, Plaintiff, Victor Ribas, by and through his undersigned counsel, and in support of Motion for Extension of Time to File Mediator's Compliance Report, states as follows:

1. The parties completed Mediation before the Honorable Thomas Prebil on December 11, 2024 from 1pm to 5pm.

2. The matter was substantively settled and stipulations are being prepared.

3. The undersigned sent the mediator's compliance form to Judge Prebil, but due to the holidays, Plaintiff requests an additional 14 days (after December 27, 2024 deadline) up to and including January 13, 2025 within which to file the compliance report.

3. No party will be prejudiced by this extension of time.

1

WHEREFORE Plaintiff requests as extension of time up tp and including to file January 13, 2025 within which to file Mediator's Compliance Report and for such additional relief as is just and proper under the circumstances.

**GOLDSON HOEKEL, LLC**
/s/ Marshall R. Hoekel
Marshall R. Hoekel, #40396MO
mhoekel@gmail.com
5 Plant Ave., Ste. 2
Webster Groves, MO 63119
(314) 961-6917 – Office
(314) 961-6965 – Facsimile
(314) 560-7301 – Cell
*Attorneys for Plaintiff*
*Victor Ribas*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all parties of record by operation of this Court's Electronic Filing System on this 23rd day of December 2024.

/s/ Marshall R. Hoekel

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VICTOR MANUEL RIBAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:24-cv-00632-SPM |
| ) | |
| MEGAN BESLER, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Plaintiff is hereby GRANTED and extension of time up to and including January 13, 2025 within which to file Mediator's Compliance Report.

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated:_____

3