UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VICTOR MANUEL RIBAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:24-CV-00632-SPM |
| | ) |
| MEGAN BESLER, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The Court having been advised by Plaintiff that the parties have reached a settlement in this case (ECF No. 38),

**IT IS HEREBY ORDERED** that all deadlines and hearings set in the Case Management Order (ECF No. 22) are **VACATED**, and all pending motions are denied without prejudice. The Alternative Dispute Resolution Compliance Report remains due on January 13, 2025.

**IT IS FURTHER ORDERED** that Plaintiff shall file, within **thirty (30) days** of the date of this order, a stipulation for dismissal signed by all parties, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order may result in the dismissal of this action with prejudice.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 30th day of December, 2024.