UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Victor Manuel Ribas

Vs.

Megan Besler

Case No. 4:24-CV-00632-SPM

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's office

### Option 1

( ) The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline : _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* ***If the parties require more time to complete mediation, lead counsel must file a motion with the Court.***

### Option 2

[X] An ADR conference was held on: December 11, 2024.

All required individuals, parties, counsel of record, corporate representatives, and/or claim professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claim professionals failed to appear and/or participate in good faith as ordered:
_____.

The ADR referral was concluded on December 11, 2024.
The parties [X] did ( ) did not] achieve a settlement. Check one.

### Option 3

( ) Although this case was referred to ADR, a conference WAS NOT HELD.

Date: 12/11/2024     Neutral: [signature]