**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re: VICTOR MANUEL RIBAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:24-cv-00632 |
| v. ) | |
| ) | |
| MEGAN BESLER, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE**
**SETTLEMENT PAPERS**

COMES NOW Plaintiff Victor Ribas, and Defendant Megan Besler, by and through their undersigned counsel, and state as follows:

1. The Parties have exchanged drafts of a Settlement Agreement.

2. However, the Parties are still working through these drafts, redlines, and other issues pertaining to the terms of settlement.

3. The Parties respectfully request an additional 21 days to attempt to finalize the Settlement Agreement and to comply with this Court's Order dated December 30, 2024 (Doc. 39).

4. This motion is not meant for delay and no prejudice will result from granting this additional time.

WHEREFORE, the Parties respectfully request an additional 21 days to complete their settlement papers and comply with this Court's Order (Doc. 39), up to and including **February 19, 2025**.

Dated: January 29, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　KEANE LAW LLC

　　　　　　　　　　　　　　　By:　　/s/ Ryan Keane
　　　　　　　　　　　　　　　　　　　Ryan A. Keane, #62112MO
　　　　　　　　　　　　　　　　　　　Tanner A. Kirksey, #72882MO
　　　　　　　　　　　　　　　　　　　7711 Bonhomme Ave, Suite 600
　　　　　　　　　　　　　　　　　　　St. Louis, MO 63105
　　　　　　　　　　　　　　　　　　　Phone: (314) 391-4700
　　　　　　　　　　　　　　　　　　　Fax: (314) 244-3778
　　　　　　　　　　　　　　　　　　　ryan@keanelawllc.com
　　　　　　　　　　　　　　　　　　　tanner@keanelawllc.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Besler*

　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　GOLDSON HOEKEL, LLC
　　　　　　　　　　　　　　　　　　　*/s/ Marshall R. Hoekel (by consent)*
　　　　　　　　　　　　　　　　　　　Marshall R. Hoekel, #40396MO
　　　　　　　　　　　　　　　　　　　mhoekel@gmail.com
　　　　　　　　　　　　　　　　　　　5 Plant Ave., Ste. 2
　　　　　　　　　　　　　　　　　　　Webster Groves, MO 63119
　　　　　　　　　　　　　　　　　　　(314) 961-6917 – Office

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Ribas*

## CERTIFICATE OF SERVICE

　　　I hereby certify that on January 29, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

　　　　　　　　　　　　　　　　　　　/s/ Ryan Keane