# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| VICTOR MANUEL RIBAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:24-CV-00632-SPM |
| | ) |
| MEGAN BESLER, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court for the purposes of case management. On December 23, 2024, Plaintiff advised the Court that the parties reached a settlement in this case through alternative dispute resolution. (ECF No. 38). On December 30, 2024, the Court entered an order vacating all deadlines and hearings set in the Case Management Order (ECF No. 22) and directing Plaintiff to file dismissal papers within 30 days. (ECF No. 39). On January 29, 2025, the parties filed a joint motion requesting an additional 21 days to finalize the settlement agreement and file dismissal papers, and the Court granted the request. (ECF Nos. 41, 42).

On February 14, 2025, Plaintiff filed a Motion to Enforce Settlement communicating a disagreement between the parties on the issue of liquidated damages in the settlement agreement and suggesting that the parties confer with their prior mediator, the Honorable Thomas Prebil, to resolve the dispute. (ECF No. 43). Defendant filed a response on February 26, 2025, consenting to further discussions with the mediator. (ECF No. 45). On February 27, 2025, the Court denied Plaintiff's motion without prejudice, finding the motion premature and moot with the understanding that the parties would attempt to resolve the dispute through conferring with the

mediator. (ECF No. 46). As of the date of this Order, the parties have not provided the Court with an update nor filed any further documents on the docket.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is set for a Status Conference on Monday, August 18, 2025 at 1:30 p.m., by Zoom, with all parties to appear by Zoom. Counsel will receive Zoom instructions by email in advance of the conference.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 11th day of August, 2025.