UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VICTOR MANUEL RIBAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:24-cv-00632 |
| ) | |
| MEGAN BESLER, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR EXTENSION OF TIME

COMES NOW Defendant Megan Besler (hereinafter "Defendant" or "Besler"), by and through her undersigned counsel, and hereby requests an extension of time to file its Motion for Miscellaneous Relief and/or Sanctions. In support thereof, Defendant states as follows:

1. Defendant's Motion for Miscellaneous Relief and/or Sanctions is currently due Monday, September 8, 2025.

2. Defendant requires additional time to file its Motion due to the press of business including upcoming depositions and other court deadlines.

3. Furthermore, Defendant's motion requires additional research and preparation than originally expected.

4. Defendant is requesting an extension of seven (7) days, up to and including **September 15, 2025**, to file its Motion for Miscellaneous Relief and/or Sanctions.

5. This motion is made in good faith and not for any improper purpose of delay.

WHEREFORE, Defendant respectfully requests this Court extend Defendant's deadline to file its Motion for Miscellaneous Relief and/or Sanctions, up to and including **September 15, 2025**, and for such other relief as this Court deems proper.

Dated: September 3, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　KEANE LAW LLC

　　　　　　　　　　　　　　　　　　　　　*/s/ Ryan Keane*
　　　　　　　　　　　　　　　　　　　　　Ryan A. Keane, #62112MO
　　　　　　　　　　　　　　　　　　　　　7711 Bonhomme Ave, Suite 600
　　　　　　　　　　　　　　　　　　　　　St. Louis, MO 63105
　　　　　　　　　　　　　　　　　　　　　Phone: (314) 391-4700
　　　　　　　　　　　　　　　　　　　　　Fax: (314) 244-3778
　　　　　　　　　　　　　　　　　　　　　ryan@keanelawllc.com

　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on September 3, 2025, a true and accurate copy of the foregoing was served by filing it in the court's electronic filing system, which will provide electronic notice and a copy of the filing to all parties and attorneys of record.

              /s/ *Ryan Keane*

Case: 4:24-cv-00632-SPM   Doc. #:  52   Filed: 09/03/25   Page: 3 of 3 PageID #: 171

3