**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| VICTOR MANUEL RIBAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-cv-00632 |
| | ) | |
| MEGAN BESLER, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MEMORANDUM IN SUPPORT OF**
**MOTION FOR LEAVE TO FILE SEALED DOCUMENTS**

COMES NOW Megan Besler ("Defendant"), and for her Sealed Memorandum in Support of Motion for Leave to File Sealed Documents, pursuant to Amended Local Rule 13.05, states as follows:

Both parties have designated as confidential a Memorandum of Understanding related to the mediation in this matter which took place on December 11, 2024.

Defendant now finds it necessary to discuss this Memorandum of Understanding in depth, as well as attach the Memorandum as an exhibit to this filing.

Defendant believes the agreed-upon confidentiality designation is best honored by filing under seal, which will not result in prejudice to any party.

Defendant therefore moves the Court to enter an Order granting leave to file sealed documents; namely, Defendant's Motion for Miscellaneous Relief and/or Sanctions, and any attachments or exhibits. The proposed sealed documents are filed as attachments to the present Memorandum, as required by Amended Local Rule 13.05.

Dated: September 15, 2025                    Respectfully submitted,

KEANE LAW LLC

By:    */s/ Ryan A. Keane*
      Ryan A. Keane, #62112MO
      7711 Bonhomme Ave, Suite 600
      St. Louis, MO 63105
      Phone: (314) 391-4700
      Fax: (314) 244-3778
      ryan@keanelawllc.com

      *Attorney for Defendant Besler*

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on September 15, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

                                            */s/ Ryan A. Keane*