# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| VICTOR MANUEL RIBAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:24-cv-00632 |
| MEGAN BESLER, | ) ) ) |
| Defendant. | ) |

## DEFENDANT MEGAN BESLER'S MOTION FOR MISCELLANEOUS RELIEF AND/OR SANCTIONS

COMES NOW, Defendant Megan Besler, by and through undersigned counsel, and respectfully moves this Court to grant the following relief as set forth below and in the accompanying Memorandum in Support, as follows:

1. Defendant files this motion in response to this Court's order dated August 19, 2025. See ECF No. 49.

2. Attached hereto is Defendant's Memorandum in Support of the Motion for Miscellaneous Relief and/or Sanctions, and exhibits.

3. Defendant's motion respectfully requests this case be dismissed with prejudice, and Defendant be awarded attorney's fees.

4. In the alternative, Defendant requests other relief including dismissal of this case without prejudice subject to conditions, or enforcement of the parties' memorandum of understanding, or an order directing the cost of any further mediation to Plaintiff, as outlined and explained further in the Memorandum in Support.

WHEREFORE, Defendant respectfully requests that the Court dismiss Plaintiff's claims with prejudice and award attorney's fees to Defendant, or in the alternative, impose the conditions and relief set forth in the Memorandum in Support, and grant such other and further relief as the Court deems just and proper.

Dated: September 15, 2025                                   Respectfully submitted,

                                                                                   KEANE LAW LLC

By:    */s Ryan A. Keane*
          Ryan A. Keane, #62112MO
          7711 Bonhomme Ave, Suite 600
          St. Louis, MO 63105
          Phone: (314) 391-4700
          Fax: (314) 244-3778
          ryan@keanelawllc.com

          *Attorney for Defendant Besler*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 15, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

                                                     */s/ Ryan A. Keane*