**Exhibit A has been designated as confidential by both parties.**