**Exhibit C has been designated as confidential by both parties.**