UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VICTOR MANUEL RIBAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:24-cv-00632-SPM |
| | ) |
| MEGAN BESLER, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR MISCELLANEOUS RELIEF**

COMES NOW, Plaintiff, Victor Ribas, by and through his undersigned counsel, and in support of Motion for Extension of Time to File a Memorandum in Opposition to Defendant's Motion for Miscellaneous Relief, states as follows:

1. Plaintiff is working on his response to Defendant's Motion but requests five additional days to complete the response up to and including **Wednesday, October 8, 2025** within which to complete and file the Memorandum.

2. No party will be prejudiced by this extension of time.

WHEREFORE Plaintiff requests as extension of time up to and including Wednesday, October 8, 2025 within which to file his Memorandum in Opposition to Defendant's Request for Miscellaneous Relief and for such additional relief as is just and proper under the circumstances.

1

**GOLDSON HOEKEL, LLC**
/s/ Marshall R. Hoekel
Marshall R. Hoekel, #40396MO
mhoekel@gmail.com
5 Plant Ave., Ste. 2
Webster Groves, MO 63119
(314) 961-6917 – Office
(314) 961-6965 – Facsimile
(314) 560-7301 – Cell
*Attorneys for Plaintiff*
*Victor Ribas*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all parties of record by operation of this Court's Electronic Filing System on this 3rd day of October 2025.

/s/ Marshall R. Hoekel

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| VICTOR MANUEL RIBAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-cv-00632-SPM |
| | ) | |
| MEGAN BESLER, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Plaintiff is hereby GRANTED and extension of time up to and including Wednesday, October 8, 2025 within which to file his Memorandum in Opposition to Defendant's Motion for Miscellaneous Relief.

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated:_____