UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| VICTOR MANUEL RIBAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-cv-00632 |
| | ) | |
| MEGAN BESLER, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW Defendant Megan Besler, and respectfully requests this Court allow Tanner

A. Kirksey to withdraw as counsel of record for Defendant, and to substitute as counsel of record

for Defendant, the following attorney: Sydney P. Marino of Keane Law LLC.


Dated: January 15, 2026                     Respectfully submitted,


                                            KEANE LAW LLC

                              By:    */s/ Sydney P. Marino*
                                     Ryan A. Keane, #62112MO
                                     Sydney P. Marino, #78087MO
                                     7711 Bonhomme Ave, Suite 600
                                     St. Louis, MO 63105
                                     Phone: (314) 391-4700
                                     Fax: (314) 244-3778
                                     ryan@keanelawllc.com
                                     sydney@keanelawllc.com

                                     *Attorneys for Defendant Besler*


1

**<u>CERTIFICATE OF SERVICE</u>**

       I hereby certify that on January 15, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

                           /s/ *Sydney P. Marino*