UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| VICTOR MANUEL RIBAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-cv-00632-SPM |
| | ) | |
| MEGAN BESLER, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR EXTENSION OF TIME TO COMPLETE MEDIATION UP TO AND INCLUDING FRIDAY, MARCH 13, 2026**

COME NOW, the Parties, by and through counsel, and jointly request an extension of time to complete mediation, up to and including Friday, March 13, 2026, to complete mediation, and in support thereof, state as follows:

1. The parties remotely logged on to the scheduled mediation today, March 6, 2026 at 9:00am to conduct the event with the Honorable Thomas Prebil functioning as the neutral.

2. Judge Prebil's mediation firm, Miles Mediation, were unable to activate the audio for Judge Prebil's computer. The technical person from Miles attempted to gain audio function for one hour to no avail.

3. Consequently, the parties mutually agreed to adjourn the mediation and reconvene on Friday, March 13, 2026 at 2:00pm when the technical problems will be resolved.

4. No party will be prejudiced by this extension of time.

WHEREFORE, the Parties jointly request an extension of time to complete mediation up to and including, Friday, March 13, 2026 and for such additional relief as is just and proper under the circumstances.

Dated: March 6, 2026

/s/ Marshall R. Hoekel, #40396MO
Marshall R. Hoekel. #MO40396
5 Plant Ave., Ste. 2
St. Louis, MO 63119
(314) 560-7301
mhoekel@gmail.com

Attorneys for Plaintiff

*/s/ Sydney P. Marino*
Ryan A. Keane, #62112MO
Sydney P. Marino, #78087MO
7711 Bonhomme Ave., Suite 600
St. Louis, MO 63105
Phone: (314) 391-4700
Fax: (314) 244-3778
ryan@keanelawllc.com
sydney@keanelawllc.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all parties of record by operation of this Court's Electronic Filing System on this 6th day of March 2026.

/s/ Marshall R. Hoekel