UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| VICTOR MANUEL RIBAS, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-cv-00632-SPM |
| | ) | |
| MEGAN BESLER, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S FIRST SET OF INTERROGATORIES AND FIRST SET OF REQUESTS FOR PRODUCTION**

COMES NOW, Plaintiff, Victor Manuel Ribas, by and through undersigned counsel, respectfully moves this Court pursuant to Federal Rules of Civil Procedure 6(b), 33, and 34 for an extension of twenty-one (21) days within which to serve his answers and objections to Defendant Megan Besler's First Set of Interrogatories and First Set of Requests for Production Directed to Plaintiff, and in support of thereof states as follows:

1. On March 19, 2026, Defendant served her First Set of Interrogatories and First Set of Requests for Production upon Plaintiff.

2. Pursuant to Federal Rules of Civil Procedure 33(b)(2) and 34(b)(2)(A), Plaintiff's responses and objections to the foregoing discovery requests are currently due on April 20, 2026.

3. Plaintiff respectfully requests an additional twenty-one (21) days, up to and including May 9, 2026, to fully investigate, gather all responsive documents

and information, consult with his client, and prepare complete answers and objections to the discovery.

3. This is Plaintiff's first request for an extension of the response deadline to these specific discovery requests.

4. The requested extension will not prejudice Defendant or unduly delay the progress of this litigation.

WHEREFORE, Plaintiff Victor Manuel Ribas respectfully requests that this Court enter an order granting him an extension of time until May 9, 2026, to serve his answers and objections to Defendant's First Set of Interrogatories and First Set of Requests for Production, and for such other and further relief as the Court deems just and proper.

**GOLDSON HOEKEL, LLC**
/s/ Marshall R. Hoekel
Marshall R. Hoekel, #40396MO
mhoekel@gmail.com
5 Plant Ave., Ste. 2
Webster Groves, MO 63119
(314) 961-6917 – Office
(314) 961-6965 – Facsimile
(314) 560-7301 – Cell
*Attorneys for Plaintiff*
*Victor Ribas*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all parties of record by operation of this Court's Electronic Filing System on this 17th day of April 2026.

/s/ Marshall R. Hoekel

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| VICTOR MANUEL RIBAS, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-cv-00632-SPM |
| | ) | |
| MEGAN BESLER, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

IT IIS HEREBY ORDERED THAT Plaintiffs request to serve responses to Defendant's written discovery is GRANTED and responses shall be due on or before May 9, 2026.

SO ORDERED:

___________________________________
UNITED STATES MAGISTRATE JUDGE

Dated:______________________________