UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| VICTOR MANUEL RIBAS,<br><br>Plaintiff,<br><br>v.<br><br>MEGAN BESLER,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:24-cv-00632-SPM |

## AMENDED JOINT PROPOSED SCHEDULING PLAN

COME NOW, the Parties, by and through undersigned counsel, and submit this Amended Joint Proposed Scheduling Plan:

1. The Parties believe the presumptive limit of 10 depositions and presumptive limit of 25 interrogatories is sufficient.

2. Defendant must disclose all expert witnesses and provide the reports required by Fed.R.Civ.P. 26(a)(2) no later than August 15, 2026, and must make expert witnesses available for depositions, and have depositions completed, no later than September 15, 2026.

3. All discovery will be completed by November 15, 2026.

4. The Parties do not anticipate needing a separate ESI protocol.

5. Any other matters pertinent to the completion of discovery in this case: None.

6. The Parties believe an ADR referral would be productive on or before September 30, 2026.

7. Dates for filing any motions to dismiss, motion for summary judgment, or motions for judgment on the pleadings: All dispositive motions shall be filed by December 1, 2026.

8. The earliest date by which this case could reasonably be expected to be ready for trial; The Parties believe the case should be ready for trial by May 1, 2027.

9. An estimate of the length of time expected to try the case to verdict; and the Parties believe the trial of this case will take one week.

10. Any other matters counsel deems appropriate for inclusion in the joint proposed scheduling plan. None.

/s/ Marshall R. Hoekel, #40396MO
Marshall R. Hoekel, #40396MO
5 Plant Ave., Ste. 2
St. Louis, MO 63119
(314) 560-7301
mhoekel@gmail.com

Attorneys for Plaintiff

/s/ _Ryan Keane_(by consent)______________
Ryan A. Keane, #62112
7711 Bonhomme Ave., Ste. 600
Clayton, MO 63105
Ph: (314) 391-4700
Fx: (314) 244-3778
ryan@keanelawllc.com

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all parties of record by operation of this Court's Electronic Filing System on this 5th day of May 2026.

/s/ Marshall R. Hoekel