**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| VICTOR MANUEL RIBAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-cv-00632 |
| | ) | |
| MEGAN BESLER, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR SUBSTITUTION OF COUNSEL**

COMES NOW Defendant Megan Besler, and respectfully requests this Court allow Sydney P. Marino to withdraw as counsel of record for Defendant, and to substitute as counsel of record for Defendant, the following attorney: Kyle P. Krause of Keane Law LLC.

Dated: June 1, 2026

Respectfully submitted,

KEANE LAW LLC

By: */s/ Kyle P. Krause*

Ryan A. Keane, #62112MO
Kyle P. Krause, #72891MO
7711 Bonhomme Ave, Suite 600
St. Louis, MO 63105
Phone: (314) 391-4700
Fax: (314) 244-3778
ryan@keanelawllc.com
kyle@keanelawllc.com

*Attorneys for Defendant Besler*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

/s/ *Kyle P. Krause*