UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| VICTOR MANUEL RIBAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-cv-00632 |
| | ) | |
| MEGAN BESLER, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MEMORANDUM REGARDING PROPOSED DISCOVERY
MEET AND CONFER CONFERENCE**

COMES NOW, Plaintiff, Victor Ribas, by and through his undersigned attorneys, and for his Memorandum Regarding Discovery Meet and Confer Conference states as follows:

The parties have exchanged written discovery, and disputes arose as to answers to interrogatories and requests for production. These disputes were memorialized in Plaintiff's email to Defendant of June 1, 2026, and Defendant's email to Plaintiff dated June 3, 2026, as well as in other places.

In an effort to mitigate and resolve discovery disputes, Plaintiff offers to host and conduct a conference via Webex video conference with Defendant's Counsel on **Friday, June 26, 2026, at 2:00 pm CDT**. Plaintiff's counsel will share Webex coordinates with Defendant's counsel prior to the meeting.

Alternatively, Plaintiff's counsel proposes conferences on **Tuesday, June 30, 2026, at 2:00 pm CDT** or **Wednesday, July 1, 2026, at 2:00 pm CDT** for said discovery conference, also to be conducted by Webex video conference.

1

Plaintiff's counsel will follow up with Defendant's counsel for a firm time by telephone call on June 22, 2026, at 11 am CDT. Plaintiff's counsel is open to additional times and methods for the conduct of a discovery dispute resolution conference.

**GOLDSON HOEKEL, LLC**
/s/ Marshall R. Hoekel
Marshall R. Hoekel, #40396MO
mhoekel@gmail.com
5 Plant Ave., Ste. 2
Webster Groves, MO 63119
(314) 961-6917 – Office
(314) 961-6965 – Facsimile
(314) 560-7301 – Cell
*Attorneys for Plaintiff*
*Victor Ribas*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all parties of record by operation of this Court's Electronic Filing System on this 19th day of June 2026.

/s/ Marshall R. Hoekel

2