AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Missouri

| | |
|---|---|
| VICTOR MANUEL RIBAS<br>*Plaintiff*<br>v.<br>MEGAN BESLER<br>*Defendant* | Civil Action No. 4:24-cv-00632-SPM |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: David McGraw, LPC;
Open Arms Wellness, 4231 Laclede Ave, St. Louis, Missouri 63108

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All medical treatment, diagnoses, or medical billing information since 2022, regarding Victor Ribas' Emotional Distress Humiliation, Embarrassment, Hurt, Mental Anguish, Pain & Suffering, Depression, Narcissistic Personality Disorder, Antisocial (Sociopathic) Personality Disorder, and Pornography and/or Sex addiction(s)

| Place: | Date and Time: |
|---|---|
| Kyle P. Krause / Keane Law LLC<br>7711 Bonhomme Ave., Suite 600<br>St. Louis, Missouri 63105 | 06/22/2026 10:00 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 06/05/2026

*CLERK OF COURT*

_________________________ OR [signature]

*Signature of Clerk or Deputy Clerk* — *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Megan Besler, who issues or requests this subpoena, are:

Kyle P. Krause; 7711 Bonhomme Ave., Suite 600, St. Louis, MO 63105; Kyle@keanelawllc.com; 314-391-4700

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**EXHIBIT 1**