**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **VICTOR MANUEL RIBAS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 4:24-cv-00632-SPM** |
| **v.** | ) | |
| | ) | |
| **MEGAN BESLER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### PLAINTIFF'S RESPONSE TO JUNE 25, 2026 ORDER

Plaintiff Victor Manuel Ribas, through new counsel, responds as follows to the Court's June 25, 2026 Order (Doc. 84) concerning non-compliance with the Amended Case Management Order.

1.      Plaintiff regrets that the Court was required to order an explanation concerning the lack of communication with Defendant's counsel regarding the parties' discovery dispute.

2.      It appears that Plaintiff's prior counsel was struggling to manage his case load, and unable to manage the communications and deadlines at issue in the manner reasonably expected, including timely communication with Defendant's counsel.

3.      Plaintiff was not aware that there were unresolved communication issues between counsel until June 2026, when he independently created a PACER account, reviewed the docket and pleadings, and learned of the Court's recent order. Upon learning of the issue, Plaintiff promptly retained new counsel to address the matter and move the case forward.

4.      Plaintiff cannot change what transpired before June 25 but respects the legal process and is committed to moving forward and litigating his case properly, including communicating with Defendant in a timely manner to try to avoid the need for Court intervention over discovery disputes.

5.      **Plaintiff's and Defendant's counsel had a very productive telephone conference today**, covering all seven numbered paragraphs in Defendant's June 3, 2026 "Golden Rule" letter.

6.      Plaintiff agreed to supplement his discovery responses and believes that no discovery dispute conference will be necessary.

7.      Following the telephone conference today, Plaintiff even provided Defendant with some of the supplemental discovery documents.

8.      Plaintiff additionally agreed to prepare a proposed protective order today, did so, and sent Defendant a draft based on the "[MODEL] CIVIL PROTECTIVE ORDER" published on this Court's website.

WHEREFORE, Plaintiff Victor Manuel Ribas, with apologies to the Court and to Defendant's counsel, hopes that the Court deems this response satisfactory.

EISENBERG LAW LLC

By:  /s/ Ronald J. Eisenberg
Ronald J. Eisenberg, #48674(MO)
11775 Borman Dr., Ste. 216
St. Louis, MO 63146
636-733-6647
ron@eisenberglawstl.com

*Attorney for Plaintiff*
*Victor Manuel Ribas*

2