**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| VICTOR MANUEL RIBAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-cv-00632 |
| | ) | |
| MEGAN BESLER, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF WITHDRAWAL OF SUBPOENA

COMES NOW Defendant Megan Besler, by and through her counsel of record, and hereby gives notice that Defendant withdraws the subpoena issued to David McGraw, L.P.C. and Open Arms Wellness, LLC on June 11, 2026.

Defendant first sought to obtain medical and billing records from Plaintiff through the discovery process, and provided Plaintiff with a limited HIPAA authorization to release them. Because those efforts were unsuccessful, Defendant served the subpoena.

Since the filing of Deponent's Motion to Quash Subpoena (ECF 82), Plaintiff has agreed to produce a full and complete set of his records – authenticated by Deponent's Custodian of Records – to Defendant, which may moot the Subpoena.  Based on Plaintiff's agreement to produce full and authenticated records, and subject to Defendant's receipt thereof, Defendant withdraws her subpoena without prejudice.  Defendant reserves the right to re-issue her subpoena to David McGraw, L.P.C. and Open Arms Wellness, LLC, if necessary.

Defendant hereby withdraws the subpoena issued to David McGraw, L.P.C. and Open Arms Wellness, LLC.  Defendant's withdrawal of this subpoena renders Deponent's Motion to Quash Subpoena (ECF 82) moot.

1

Dated: July 31, 2026

Respectfully submitted,

KEANE LAW LLC

By:    */s/ Kyle P. Krause*
       Ryan A. Keane, #62112MO
       Kyle P. Krause, #72891MO
       7711 Bonhomme Ave, Suite 600
       St. Louis, MO 63105
       Phone: (314) 391-4700
       Fax: (314) 244-3778
       ryan@keanelawllc.com
       kyle@keanelawllc.com

       *Attorneys for Defendant Besler*

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

*/s/ Kyle P. Krause*

2